United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 14, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20581
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

STEVEN WILLIS,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CR-285-9
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Steven Willis has moved
for leave to withdraw from this appeal and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Willis
has filed a response, raising claims of ineffective assistance of
trial counsel.

     Our independent review of the brief, the record, and
Willis's response discloses no nonfrivolous issue for appeal.  We
decline to address Willis's claims of ineffective assistance of

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel on direct appeal, without prejudice to Willis's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255.  <u>See</u> <u>Massaro v. United States</u>, 538 U.S. 500, 504 (2003); <u>see</u> <u>also</u> <u>United States v. Higdon</u>, 832 F.2d 312, 314 (5th Cir. 1987).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.